# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OWEN MCINTIRE,<br>[DOB: 03/06/2006] | **COUNT ONE**:<br>*(Malicious Destruction of Property)*<br>18 U.S.C. § 844(i)<br>NLT: 5 Years Imprisonment<br>NMT: 20 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT TWO**:<br>*(Unlawful Possession of an Unregistered Firearm - Destructive Device)*<br>26 U.S.C. §§ 5845(a)(8) and (f), 5861(d) and 5871<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each Count<br><br>**CRIMINAL COMPLAINT**<br><br>Case Number: 25-MJ-00048-JAM(LMC) |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT ONE
### *(Malicious Destruction of Property)*

On or about March 17, 2025, in the Western District of Missouri, the defendant, OWEN MCINTIRE, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire and explosive materials, vehicles used in interstate or foreign commerce and in an activity used in interstate or foreign commerce, to wit, two Tesla Cybertruck vehicles, all in violation of Title 18, United States Code, Section 844(i).

## COUNT TWO
### *(Unlawful Possession of an Unregistered Firearm - Destructive Device)*

On or about March 17, 2025, in the Western District of Missouri, the defendant, OWEN MCINTIRE, knowingly possessed a firearm,[1] that is a destructive device, commonly referred to as a Molotov cocktail, as defined in 26 U.S.C. §5845(a)(8) and (f), that was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit)

Grace Leone, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me via reliable electronic means,

April 17, 2025    Sworn to by telephone  12:19 PM, Apr 17, 2025        at    Kansas City, Missouri
Date                                                                         City and State

Honorable Lajuana M. Counts
United States Magistrate Judge                
Name and Title of Judicial Officer           Signature of Judicial Officer

---

[1] Title 26, United States Code, Section 5846(a)(8) defines the term "firearm" to include a "destructive device."